IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| KILEY SWEET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO.: 3:21-CV-40076 |
| POLARIS INDUSTRIES, INC., | ) |
| POLARIS SALES INC., and | ) |
| POLARIS INC. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this ____ day of _____, 2022, the foregoing Stipulation of Confidentiality is hereby adopted as the Order of this Court.

_____
JUDGE