IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

KILEY SWEET,                          )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )
                                      )   CASE NO.: 3:21-CV-40076
POLARIS INDUSTRIES, INC.,             )
POLARIS SALES INC., and               )
POLARIS INC.                          )
                                      )
        Defendants.                   )

## ORDER

AND NOW, this _20_th_ day of __April__, 2022, the foregoing Stipulation of Confidentiality is hereby adopted as the Order of this Court.

_Katherine Robertson_
JUDGE U. S. Magistrate Judge